UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF

| | |
|---|---|
| JACK R. KOCH,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>BILL LOCKYER, Attorney General,<br><br>    Defendant,<br><br>and<br><br>ESTRELLA, Correctional Officer; et al.,<br><br>    Defendant - Appellee. | No. 06-56220<br>D.C. No. CV-03-02067-IEG<br><br><br>**ORDER** |

This appeal has been taken in good faith  [ ]

This appeal is not taken in good faith  [X]

Explanation: *Any appeal would be frivolous.*

_____

_____

_____

_____
Judge
United States District Court

Date: 9/21/06